Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________
DATE FILED: 08/04/26

August 3, 2026

MEMO ENDORSED

Via ECF
Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Lynch v. SSA
26-cv-3768 (JHR)(BCM)

Dear Judge Moses:

I am writing to request an extension of time in which to file plaintiff's Brief in this case. Plaintiff's Brief is due to be filed on August 5, 2026. This is plaintiff's first request for an extension of time.

Due to multiple court deadlines in the past two weeks, I have been unable to prepare Mr. Lynch's papers for filing on Wednesday and need additional time to complete my review and draft the Brief. I have sought consent from opposing counsel, Fergus Kaiser, but unfortunately he is out of the office this week and I have not yet heard back from counsel covering for him. I ask that the Court adopt the following revised briefing schedule:

| | |
|---|---|
| September 8, 2026 | Plaintiff's Brief |
| November 9, 2026 | Defendant's Brief |
| November 30, 2026 | Plaintiff's Reply Brief |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc: SAUSA Fergus Kaiser

Application GRANTED. SO ORDERED.

[signature]

Barbara Moses
United States Magistrate Judge
August 4, 2026