Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 09/09/26

September 8, 2026

Via ECF
Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: Lynch v. SSA
26-cv-3768 (JHR)(BCM)

Dear Judge Moses:

I am writing to request an extension of time in which to file plaintiff's Brief in this case. Plaintiff's Brief is due to be filed today, September 8, 2026. This is plaintiff's second request for an extension of time.

I apologize for multiple requests for an extension of time and for this late request. I am well behind schedule in this case due to multiple unexpected scheduling conflicts over the past month and due to the fact that Mr. Lynch's case is more complex than the average case. Opposing counsel, Fergus Kaiser, consents to this request and we respectfully request that the Court adopt the following revised briefing schedule:

| | |
|---|---|
| September 22, 2026 | Plaintiff's Brief |
| November 24, 2026 | Defendant's Brief |
| December 8, 2026 | Plaintiff's Reply Brief |

I am also requesting permission to file an oversized brief (i.e., 11,000 words) to summarize the extensive evidence and proceedings. Counsel for the Commissioner takes no position with respect to this request

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes, Esq.
Christopher J. Bowes, Esq.

cc: SAUSA Fergus Kaiser

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 9, 2026**